Argued and submitted June 25, reversed and remanded July 23, petition for review denied September 23, 1997 (326 Or 58)

STATE OF OREGON,
*Appellant,*

*v.*

ROD ALAN FOLEN,
*Respondent.*

(94-01-1883C; CA A84890)

942 P2d 891

Janet A. Metcalf, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Daniel Q. O'Dell, Deputy Public Defender, argued the cause for respondent. On the brief were Sally L. Avera, Public Defender, and Eric M. Cumfer, Deputy Public Defender.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. Ready,* 323 Or 645, 919 P2d 495 (1996).